■ In the Matter of JOHN GROSSMAN, Appellant, v MONROE COUNTY DISTRICT ATTORNEY, Respondent. [648 NYS2d 71] —Motion for permission to proceed as a poor person and assignment of counsel denied. Memorandum: The appeal is meritless. Contrary to petitioner's argument, CPL 190.25 does not authorize the release of Grand Jury testimony upon the request of the witness who gave the testimony. CPL 190.25 (4) (a) merely allows a witness to disclose his own Grand Jury testimony. Present—Green, J. P., Lawton, Callahan, Doerr and Balio, JJ.

■ NELSON ACEVEDO, Appellant, v STATE OF NEW YORK, Respondent. [648 NYS2d 391] —Motion for permission to proceed as a poor person denied. Memorandum: By not filing a notice of appeal in the Office of the Clerk of the Court of Claims (see, Court of Claims Act § 25), claimant failed to commence an appeal properly. Present—Green, J. P., Pine, Wesley, Doerr and Boehm, JJ.

■ STEVEN L. FRANK, Respondent, v WENDY S. FRANK, Appellant. [648 NYS2d 384] —Motion for release of medical records denied. Memorandum: Mental Hygiene Law § 33.13 (c) (1) authorizes the release of clinical records "pursuant to an order of a court of record requiring disclosure upon a finding by the court that the interests of justice significantly outweigh the need for confidentiality." Having no familiarity with the facts of this case, this Court cannot determine whether the interests of justice mandate disclosure. That determination must be made by Supreme Court. Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ LEONARD SPANO, Appellant, et al., Plaintiff, v TOWN OF SCHROEPPEL et al., Respondents. [648 NYS2d 388] —Motion for leave to appeal to Court of Appeals denied. Memorandum: The appeal was dismissed as abandoned on May 9, 1995. Plaintiff's motion to vacate the dismissal was denied because it was not made within one year of the abandonment date (see, NYCRR 1000.3 [b] [2] [i]). Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ JACK LIFFITON et al., Appellants, v JAMES DIBLASI et al., Respondents. [648 NYS2d 384] —Motion to vacate dismissal denied. Memorandum: The order of this Court entered April 19, 1996 gave plaintiffs a final extension, and they failed to meet it. Plaintiffs give no reasonable excuse for failing to compile a proper record. Present—Pine, J. P., Lawton, Wesley, Balio and Boehm, JJ.